UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BELL, et al.,<br><br>Defendants. | CASE No. 1:14-cv-01652-AWI-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO (1) DENY DEFENDANTS' MOTIONS TO STRIKE AND (2) DENY PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION**<br><br>**(ECF Nos. 18, 31, 34, 40)** |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's First Amendment claims against Defendants Bigot and Bell. (ECF Nos. 16, 19.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On July 21, 2017, the Magistrate Judge issued findings and recommendations to deny Defendants' motions to strike (ECF Nos. 31, 40) and deny Plaintiff's motions for preliminary injunction (ECF Nos. 18, 34). Plaintiff filed objections (ECF No. 43), to which Defendants filed no response.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued July 21, 2017 (ECF No. 41) are adopted in full;
2. Defendants' motions to strike Plaintiff's motions for preliminary injunction (ECF Nos. 31, 40) are DENIED; and
3. Plaintiff's motions for preliminary injunction (ECF Nos. 18, 34) are DENIED.

IT IS SO ORDERED.

Dated: September 18, 2017

SENIOR DISTRICT JUDGE