# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. KINDRED, <br><br> Plaintiff, <br><br> v. <br><br> CLIFF ALLENBY, et al., <br><br> Defendants. | CASE NO. 1:14-cv-01652-AWI-MJS (PC) <br><br> **ORDER APPROVING STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME.** <br><br> (ECF No. 78) <br><br> **MARCH 30, 2018 DEADLINE** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On January 29, 2018, Plaintiff was granted until February 20, 2018 to comply with the Court's order (ECF No. 52) requiring him to provide Defendants with information necessary to facilitate further discovery. (ECF No. 67.) Pending before the Court is the parties' stipulation to extend that deadline until March 30, 2018. (ECF No. 78.)

The Court approves the Stipulation and grants Plaintiff until March 30, 2018 to comply with the Order at ECF No. 52.

IT IS SO ORDERED.

Dated: February 22, 2018  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE