UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. KINDRED, | CASE NO. 1:14-cv-01652-AWI-MJS (PC) |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO EXCLUDE EVIDENCE** |
| v. | |
| KENNETH BELL, et al., | (ECF No. 64) |
| Defendants. | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO APPEAR IN CIVILIAN CLOTHING, APPEAR WITHOUT RESTRAINTS AND BE TRANSPORTED SEPARATE FROM PENAL DETAINEES** |
| | (ECF No. 71) |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's First Amendment claims against Defendants Bigot and Bell. (ECF Nos. 16, 19.)

Before the Court are Plaintiff's motion to exclude evidence at trial (ECF No. 64) and his motion to wear civilian clothes in court, appear without restraints, and be transported separately from penal detainees when being transported for trial (ECF No.

71). Defendants filed opposition. (ECF Nos. 68, 79.) Plaintiff filed a reply as to his motion to exclude evidence, conceding that his motion was prematurely filed. (ECF No. 76.)

Plaintiff's motions address trial matters. This case is still in the discovery stage. No trial date has yet been set. The Court will set a schedule for motions in limine and other pre-trial matters in a trial scheduling or pretrial order once the case is to be set for trial.

Plaintiff's motions (ECF Nos. 64, 71) are HEREBY DENIED as premature, but without prejudice to them being brought anew at an appropriate time.

IT IS SO ORDERED.

Dated: February 22, 2018 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE