UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. KINDRED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLIFF ALLENBY, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-01652-AWI-MJS (PC)<br><br>**ORDER REQUIRING PARTIES TO PROVIDE STATUS UPDATE**<br><br>**(ECF NO. 52)**<br><br>**DEADLINE: April 16, 2018, 4:30 p.m.** |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendants Bigot and Bell on Plaintiff's First Amendment free exercise claim. With one exception, discussed below, discovery has closed. (ECF No. 32, 52.) The dispositive motion deadline has passed. (ECF No. 32.) The matter is ready to be set for trial.

On November 21, 2017, the Court held an informal discovery dispute conference. (ECF No. 52.) Therein, Plaintiff agreed to provide defense counsel with a list of Interdisciplinary Notes for which he sought additional information. Defendants agreed to respond with the requested information within ten days of receipt of Plaintiff's list. The parties were ordered to thereafter informally advise the Court if they felt that this and other discovery issues raised at the conference had been resolved.

| | |
|---|---|
| 1 | On February 23, 2018, the Court approved the parties' stipulation to extend, to March 30, 2018, Plaintiff's deadline for providing his list to Defendants. (ECF No. 80.) Based on that deadline, the deadline for Defendants to respond has passed. Accordingly, the parties are HEREBY ORDERED to file, by 4:30 p.m. on April 16, 2018, a statement on the status of discovery. |

IT IS SO ORDERED.

Dated: April 12, 2018 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE