UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. KINDRED,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MARISA BIGOT, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:14-cv-01652-AWI-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY MOTION FOR COURT ORDER<br><br>(ECF No. 83) |

　　　Richard S. Kindred ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On April 2, 2018, Magistrate Judge Michael J. Seng entered findings and recommendations that Plaintiff's motion for a court order (ECF No. 63) be denied. (ECF No. 83.) The parties were provided an opportunity to file objections to the findings and recommendations. Plaintiff filed objections on April 16, 2018. (ECF No. 88.)

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

*///*

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on April 2, 2018, (ECF Nos. 83), is ADOPTED in full;
2. Plaintiff's motion for a Court Order (ECF No. 63) is DENIED.

IT IS SO ORDERED.

Dated: May 14, 2018

_____
SENIOR DISTRICT JUDGE